**10**  In the Matter of AIKIO GARNES, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [40 NYS3d 292]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. Although not mentioned by the Attorney General, the loss of good time incurred by petitioner as a result of the disciplinary determination should also be restored (*see Matter of Zoccoli v Annucci*, 140 AD3d 1512, 1513 [2016]). Otherwise, as petitioner has received all the relief to which he is entitled, the proceeding must be dismissed as moot (*see Matter of Clark v New York State Dept. of Corr. & Community Supervision*, 138 AD3d 1331, 1332 [2016]; *Matter of Corrieri v Annucci*, 137 AD3d 1407, 1408 [2016]).

McCarthy, J.P., Garry, Lynch, Rose and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.